UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KAYONA CRENSHAW,<br><br>                   Plaintiff,<br>     v.<br><br>DEPARTMENT OF CHILDREN YOUTH AND FAMILIES, *et al.*,<br><br>                  Defendants. | CASE NO. 3:25-cv-06159-DGE<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

      Because Plaintiff does not appear to have funds available to afford the $405 filing fee, Plaintiff financially qualifies for *In Forma Pauperis* ("IFP") status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP Application (Dkt. 4) is **GRANTED**.

      However, based on the allegations in the proposed Complaint (Dkt. 4-2), it does not appear Plaintiff has adequately stated a claim. Therefore, Plaintiff is advised the assigned United States District Judge will further review the proposed Complaint under 28 U.S.C. § 1915(e)(2)(B), and that pending review by the assigned District Judge, a summons may not be issued. If the summons is not issued, then further filings by Plaintiff will not be considered until after the assigned District Judge completes their review under 28 U.S.C. § 1915(e)(2)(B).

1     The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the

2 District Judge assigned to this case.

3

4     Dated this 6th day of January, 2026.

                                    Grady J. Leupold
                                    United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS - 2